1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  21-CR-3601-JLS |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE MOTION HEARING TRIAL SETTING |
| v. | |
| CELENE PINEDA, | |
| Defendant. | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting in this matter now scheduled for January 14, 2022 be continued until February 18, 2022, at 1:30 P.M.

**IT IS FURTHER ORDERED** that time is excluded pending pretrial motions on file.

**IT IS SO ORDERED**.

Dated: January 12, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge