UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.   21CR3601-JLS |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| v. | |
| CELENE PINEDA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the motion hearing/trial setting in this matter now scheduled for February 18, 2022 be continued until Friday, March 18, 2022 at 1:30 p.m.   Defendant shall file an acknowledgement of the new hearing date by February 25, 2022.

**IT IS FURTHER ORDERED** that time is excluded pending pretrial motions on file.

**IT IS SO ORDERED**.

Dated:   February 16, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge