UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>CELENE PINEDA,<br><br>            Defendant. | CASE NO.   21CR3601-JLS<br><br>ORDER GRANTING MOTION TO CONTINUE MOTION IN LIMINE HEARING AND JURY TRIAL DATE |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion in limine hearing and trial date in this matter is **Granted**.   The motion in limine hearing now scheduled for May 27, 2022 shall be continued until Friday, July 15, 2022 at 2:00 p.m. The jury trial date set for June 7, 2022 shall be continued to Monday, July 25, 2022, at 9:00 a.m.

**IT IS FURTHER ORDERED** that time is excluded pending pretrial motions on file.

**IT IS SO ORDERED**.

Dated:   May 20, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge