1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.  21CR3601-JLS |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE MOTION IN LIMINE HEARING |
| v. | |
| CELENE PINEDA, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the joint motion to continue the motion in limine hearing in this matter now scheduled for July 15, 2022 is **Granted**; the hearing shall be continued until Thursday, July 21, 2022 at 1:30 p.m.

**IT IS FURTHER ORDERED** that time is excluded pending pretrial motions on file.

**IT IS SO ORDERED**.

Dated:   June 23, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge