UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.  21CR3601-JLS |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION IN LIMINE HEARING, JURY TRIAL AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| CELENE PINEDA, | |
| Defendant. | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the motion in limine hearing in this matter now scheduled for July 21, 2022 shall be continued until Friday, August 12, 2022 at 2:00 p.m. **IT IS FURTHER ORDERED** that the jury trial scheduled for July 25, 2022 be continued to September 12, 2022 at 9:00 a.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   July 14, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge