# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21CR3601-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER (1) VACATING MOTION IN LIMINE HEARING AND JURY TRIAL AND (2) SETTING EVIDENTIARY HEARING** |
| CELENE PINEDA, | |
| Defendant. | |

The factual dispute raised in Defendant's Motion to Suppress Statements cannot be resolved without an evidentiary hearing.  Similarly, there appear to be factual disputes regarding the nature of the lost or destroyed vehicle evidence.  Accordingly, the motion in limine hearing set for September 9, 2022 and the jury trial set for September 12, 2022 are **Hereby Vacated**.

An evidentiary hearing regarding Defendant's Motions to Dismiss for Destruction of Evidence and to Suppress Statements (ECF No. 24) shall be held on **Tuesday**, **October 11, 2022 at 9:00 a.m.**  Defendant shall file an acknowledgment of this hearing date within one week of this order.

IT IS SO ORDERED.
Dated:  September 2, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

21CR