

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-cr-3601-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER DIRECTING NON-DISCLOSURE** |
| CELENE PINEDA, | |
| Defendant. | |

The Court has reviewed the United States' *Ex Parte* Application for Order Regarding Disclosure, submitted to the Court on October 6, 2021.

Having reviewed the Government's *Ex Parte* Application, IT IS HEREBY ORDERED that the information provided to the Court in Paragraphs 5 – 7 need not be disclosed to Defendant Celene Pineda pursuant to *Brady v. Maryland*, 373 U.S. 83, 87 (1963) or Rule 16 of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that the *Ex Parte* Application shall be sealed until further Court order.

IT IS FURTHER ORDERED that this Order shall not be sealed, and a copy shall be provided to counsel for Defendant.

IT IS SO ORDERED.

Date: October 7, 2021

THE HONORABLE JANIS L. SAMMARTINO
United States District Court Judge